KSC

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

FILED IN OPEN COURT

DEC 3 0 2019

CHARLES R. DIARD, JR.
CLERK

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIM. NO. 19-00313-KD |
| | * | USAO NO. 19R00667 |
| v. | * | |
| | * | VIOLATION: 18 USC § 2250(a) |
| TONY LEE HARVEY | * | 3:20mj6 |

## INDICTMENT

**THE GRAND JURY CHARGES**:

### COUNT ONE

From in or about December 2018 to on or about September 25, 2019, in the Southern District of Alabama, Southern Division, and elsewhere, the defendant,

**TONY LEE HARVEY,**

having traveled in interstate commerce, knowingly failed to register and update a registration as required under the Sex Offender Registration and Notification Act, which required the defendant to register as a sex offender by reason of a conviction under the laws of Tennessee, to-wit: Sexual Battery on June 18, 2010, in the Rutherford County Circuit Court, in Tennessee, case number F-64520.

In violation of Title 18, United States Code, Section 2250(a).

1

A TRUE BILL

/s/
FOREMAN UNITED STATES GRAND JURY
SOUTHERN DISTRICT OF ALABAMA

RICHARD W. MOORE
UNITED STATES ATTORNEY
By:

/s/ C.H.B. for:
KACEY S. CHAPPELEAR
Assistant United States Attorney

/s/ Sean P. C.
SEAN P. COSTELLO
Assistant United States Attorney
Chief, Criminal Division

DECEMBER 2019

2

# PENALTY PAGE

| | |
|---|---|
| **CASE STYLE:** | UNITED STATES v. TONY LEE HARVEY |
| **DEFENDANT:** | TONY LEE HARVEY (COUNT 1) |
| **USAO NO.** | 19R00667 |
| **AUSA:** | Kacey S. Chappelear |

**CODE VIOLATION:**

**COUNT 1:** 18 USC § 2250(a), Failure to Register as a Convicted Sex Offender

**PENALTY:**

**COUNT 1:** 10 yrs/$250,000/5 yrs-life SRT/$100 SA